

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Danny Wayne Martin, Appellant

No. 06-13-00101-CV      v.

Amanda JoAnn Parris, Appellee

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CV03126).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Danny Wayne Martin, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 10, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk